**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DELAWARE RIVERKEEPER NETWORK AND THE DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,** *Plaintiffs,* <br><br> v. <br><br> **NATIONAL PARK SERVICE,** *Defendant, and* <br><br> **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION,** *Defendant-Intervenor.* | : : : : : : : : : : : : : |

**CIVIL ACTION
No. 21-2797**

| | |
|---|---|
| **STEVEN GIDUMAL AND VIRTUS CAPITAL ADVISORS LLC,** *Plaintiff-Intervenors,* <br><br> v. <br><br> **NATIONAL PARK SERVICE,** *Defendants, and* <br><br> **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION,** *Defendant-Intervenor.* | : : : : : : : : : : : : |

<u>**ORDER**</u>

This 29th day of April, 2026, it is hereby **ORDERED** that this action is **DISMISSED** as

moot.  The Clerk is requested to close this case for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge